S89A0228. GIANNETTI v. GIANNETTI.
(385 SE2d 413)

SMITH, Justice.

This case is controlled by *Ashburn v. Baker*, 256 Ga. 507 (350 SE2d 437) (1986).

*Judgment reversed. All the Justices concur.*

DECIDED SEPTEMBER 28, 1989.

*Frazier & Soloway, David N. Soloway*, for appellant.

*Charles J. Vrono,* for appellee.